195 So. 911

### John RAMSEY v. STATE.
### 2 Div. 677.

Court of Appeals of Alabama.
March 26, 1940.

J. C. Locke, of Marion, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 891

### Albert RANDOLPH v. STATE.
### 6 Div. 533.

Court of Appeals of Alabama.
Jan. 9, 1940.

S. L. Irwin, of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

198 So. 878

### Frank REYNOLDS v. STATE.
### 2 Div. 689.

Court of Appeals of Alabama.
Oct. 29, 1940.

Howard Scott and J. Massey Edgar, both of Chatom, and J. Joseph Thompson, of Butler, for appellant.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

197 So. 902

### Hobson RICH v. STATE.
### 7 Div. 534.

Court of Appeals of Alabama.
June 11, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

193 So. 891

### Clarence ROACH v. STATE.
### 8 Div. 850.

Court of Appeals of Alabama.
Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.